# LAW, FROELICH & LANDESMAN

ATTORNEYS AT LAW
360 KEARNY AVENUE
KEARNY, NJ 07032-2602

FREDERICK T. LAW (1931-1964)
RICHARD FROELICH (1931-1982)
CHARLES H. LANDESMAN
Attorney ID No. 216281963

201-991-5343
201-997-1681
FAX:  201-991-0674

E-Mail: **Landesmancharles@gmail.com**

January 7, 2021

Hon. Renee Marie Bumb
United States District Court Judge
Mitchell H. Cohen Building & U.S. Courthouse
Room 1050
4th & Cooper Streets
Camden, NJ 08101

   Re:  Rogers v. NJDOC et als
      Case No. 15-cv-7005

Dear Judge Bumb:

   I represent Martin Luther Rogers, the plaintiff in the above matter. Motions for Summary Judgment have been made by both groups of defendants. On April 6, 2020, I filed a reply brief to the Medical defendants' motion. This was the last document that was filed with the Court in this matter.

   I am respectfully asking the Court when the two pending Motions for Summary Judgment will be decided. Thank you for your attention to this matter.

           Respectfully,

           Charles H. Landesman
           Attorney for defendant
           Martin Luther Rogers

CHL/ab
CC Kai Marshall-Otto, Deputy Attorney General
  Candice H. Rienzo, Esq.
  Martin Luther Rodgers